








```
CAG   1/17/01    8:39
3:99-CR-02143    USA V. SCHNEIDER
*76*
*CRMDFT.*
```

1  JANICE M. DEATON
   Attorney at Law
2  #135188
   2366 Front Street
3  San Diego, CA 92101
   Telephone: (619) 231-1107
4

5  Attorney for Defendant
   NOREEN SCHNEIDER-RUCINSKI
6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

                      (HONORABLE MARILYN L. HUFF)
10

11 | UNITED STATES OF AMERICA,      )  CASE NO. 99cr2143-H
                                    )
12 |         Plaintiff,              )  **NOTICE OF MOTION
                                    )  AND MOTION TO
13 | vs.                            )  WITHDRAW PLEA OF GUILTY**
                                    )
14 | NOREEN SCHNEIDER-RUCINSKI,     )  DATE: January 29, 2001
                                    )  TIME: 9:00 a.m.
15 |         Defendant.              )
                                    )
16

17 TO:   GREGORY A. VEGA, United States Attorney, and to THOMAS W. McNAMARA, Assistant

18       U.S. Attorney:

19       PLEASE TAKE NOTICE that on Monday, January 29, 2001, at 9:00 a.m., or as soon thereafter

20 as counsel may be heard, the defendant, Noreen Schneider-Rucinski, by and through her counsel, Janice

21 Deaton, will move this Court to withdraw her guilty plea.

22                                   **MOTIONS**

23       The defendant, Noreen Schneider-Rucinski, by and through her counsel, Janice Deaton, and

24 pursuant to Rules 11 and 32(e) of the Federal Rules of Criminal Procedure and the Fifth Amendment to

25 the United States Constitution, and all applicable local rules, hereby moves this Court to withdraw her

26 guilty plea.

27 ///

28 ///

                                         1

This motion is based upon the attached memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other evidence brought before this Court before or during the evidentiary hearing on these motions.

Dated: January 16, 2001

Respectfully submitted,

JANICE DEATON
Attorney for Defendant
NOREEN SCHNEIDER-RUCINSKI

2